## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS

| | |
|---|---|
| MICHAEL LEWIS and DEENA MCLAUGHLIN, Plaintiffs, v. Officer DANIEL DONALDSON in his individual and official capacities, and Officer THURMAN LEWIS, in his individual and official capacities, and CITY OF LANSING, Kansas, Defendants. | Civil Action No. 2:25-cv-02361 |

## DESIGNATION OF PLACE OF TRIAL

COMES NOW Plaintiffs, Michael Lewis and Deena McLaughlin, and designates Kansas City, Kansas as the place of trial in this case. This Designation of Place of Trial is in compliance with District of Kansas Local Rule 40.2(a).

Respectfully submitted on this 3rd day of July, 2025.

/s/ Jay VanBlaricum
Jay P. VanBlaricum, KS 21662
Barnett Law Office, LLC
P.O. Box 442193
Lawrence, KS 66044
Tel: (785) 727-9789

jay@barnettlawoffice.com
ATTORNEY FOR PLAINTIFF