## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| MICHAEL LEWIS and<br>DEENA MCLAUGHLIN, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 2:25-cv-02361-JWB-BGS |
| v. | ) | |
| | ) | |
| CITY OF LANSING, KANSAS, ET AL. | ) | |
| | ) | |
| Defendants. | ) | |

### CLERK'S 14-DAY EXTENSION

Upon the timely application of Defendants City of Lansing, Kansas, Daniel Donaldson, and Thurman Lewis and pursuant to the authority vested in the Clerk of the Court by D. Kan. Rule 77.2(a), the initial time to plead to Plaintiff's Petition, which was served on Defendants July 3, 2025, is hereby extended fourteen (14) days from July 24, 2025, to **August 7, 2025.** The original time to answer has not expired.

s/ J. Kendall, Deputy Clerk
_____
CLERK OF THE DISTRICT COURT

Respectfully submitted,

FISHER, PATTERSON, SAYLER & SMITH, LLP
 */s/* Andrew D. Holder
_____
Andrew D. Holder, #25456
Lawrence E. Nordling, #19299
51 Corporate Woods, Suite 300
9393 W. 110th Street
Overland Park, KS 66210
(913) 339-6757; Fax (913) 339-6187
aholder@fpsslaw.com
lnordling@fpsslaw.com
**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2025, I electronically filed the foregoing with the Clerk of the Court, and a service copy was sent via e-mail on the following:


Jay P. VanBlaricum
Barnett Law Office, LLC
P.O. Box 442193
Lawrence, KS 66044
Tel: (785) 727-9789
jay@barnettlawoffice.com
**ATTORNEY FOR PLAINTIFF**

 /s/ Andrew D. Holder
Andrew D. Holder
