UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| MICHAEL LEWIS, ET. AL., <br><br> Plaintiffs, <br><br> v. <br><br> DANIEL DONALDSON, ET. AL., <br><br> Defendants. | Case No. 2:25-cv-02361 |

## ENTRY OF APPEARANCE

Alex S. Gilmore of Fisher, Patterson, Sayler & Smith, LLP, enters his appearance as additional counsel on behalf of Defendants Daniel Donaldson, Thurman Lewis and the City of Lansing in the above- captioned matter.

Respectfully submitted,

FISHER, PATTERSON, SAYLER & SMITH, LLP

/s/Alex S. Gilmore
Andrew D. Holder KS #25456
Alex S. Gilmore KS #27334
9393 W. 110th St., Suite 300
Overland Park, Kansas 66210
(913) 339-6757; Fax: (913) 660-7919
aholder@fpsslaw.com
agilmore@fpsslaw.com
ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that on **September 23, 2025**, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will notify counsel for all parties in this matter.

/s/ Alex S. Gilmore
Alex S. Gilmore, #27334