IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| MICHAEL LEWIS and ) <br> DEENA MCLAUGHLIN, ) <br>     Plaintiffs, ) <br>     v. ) <br> ) <br> Officer DANIEL DONALDSON ) <br>     in his individual and ) <br>     official capacities, ) <br> ) <br> and ) <br> ) <br> Officer THURMAN LEWIS, ) <br>     in his individual and ) <br>     official capacities, ) <br> and ) <br> ) <br> CITY OF LANSING, Kansas, ) <br>     Defendants. ) | Civil Action No. 2:25-cv-02361 |

**NOTICE OF WITHDRAWAL OF COUNSEL AND
ENTRY OF APPEARANCE OF SUBSTITUTED COUNSEL**

COMES NOW Attorney Jay Philip Van Blaricum and hereby withdraws as counsel of record for Plaintiffs Michael Lewis and Deena McLaughlin pursuant to D. Kan. 83.5.5(c). Further, Attorney Katie Bray Barnett hereby enters her appearance as substituting counsel of record for Plaintiffs Michael Lewis and Deena McLaughlin. In addition to service of this Notice on counsel of record and any pro se parties, a copy of this Notice has been mailed to, or otherwise served pursuant to Fed. R. Civ. P. 5(b)(2) on Michael Lewis and Deena McLaughlin.

                                          Respectfully submitted,

                                          /s/ Jay P. VanBlaricum
                                          Jay P. VanBlaricum, #21662

                                          /s/ Katie Bray Barnett
                                          Katie Bray Barnett, No. 25134
                                          BARNETT LAW OFFICE, LLC

P.O. Box 442193  
Lawrence, KS 66044  
(785) 727-9789 Phone  
katie@barnettlawoffice.com  
ATTORNEY FOR PLAINTIFFS

CERTIFICATE OF SERVICE

I certify that on this 25th day of September, 2025, I electronically filed this Notice of Withdrawal of Counsel and Entry of Appearance of Substituted Counsel using the CM/ECF system, which sent notice of electronic filing to the following:

>Alex S. Gilmore
>Fisher Patterson Sayler & Smith, LLP
>9393 W. 110th St., Suite 300
>51 Corporate Woods
>Overland Park, Kansas 66210
>agilmore@fpsslaw.com
>ATTORNEY FOR DEFENDANTS

I also mailed a copy, USPS, postage prepaid, to:

>Michael Lewis and Deena McLaughlin
>705 E. Beth Street
>Lansing, KS, 66043

/s/ Katie Bray Barnett