**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| MICHAEL LEWIS, ET. AL., <br><br> Plaintiffs, <br><br> v. <br><br> DANIEL DONALDSON, ET. AL., <br><br> Defendants. | Case No. 2:25-cv-02361 |

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of Plaintiffs' Rule 26 Document Disclosures were served on this 10th day of October, 2025 via electronic mail to:

Alex S. Gilmore
Andrew D. Holder
FISHER PATTERSON SAYLER & SMITH, LLP
9393 W. 110th St., Suite 300
Overland Park, Kansas 66210
(913) 339-6757 Phone
agilmore@fpsslaw.com
aholder@fpsslaw.com
ATTORNEYS FOR DEFENDANTS

/s/ Katie Bray Barnett
Katie Bray Barnett, No. 25134
BARNETT LAW OFFICE, LLC
P.O. Box 442193
Lawrence, KS 66044
(785)727-9789 Phone
katie@barnettlawoffice.com
ATTORNEY FOR PLAINTIFFS

1

**CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of October 2025, the foregoing was electronically filed using the Court's eFiling system, which will send notice of electronic filing to all registered attorneys of record.

/s/Katie Bray Barnett