# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| MICHAEL LEWIS, ET. AL., <br><br> Plaintiffs, <br><br> v. <br><br> DANIEL DONALDSON, ET. AL., <br><br> Defendants. | Case No. 2:25-cv-02361 |

## ENTRY OF APPEARANCE

COMES NOW Plaintiffs and notifies the court and counsel Tai J. Vokins of the law firm of Downing, Davey, Vokins & Mann, LLC, enters his appearance as co-counsel for Plaintiffs in the above-captioned matter.

Respectfully submitted by,

*Downing, Davey, Vokins & Mann, LLC*

/s/ Tai J. Vokins
Tai J. Vokins, #23707
831 Massachusetts, Suite B
Lawrence, KS 66044
Tel. 785.330.5577
Fax 785.258.6115
tvokins@ddvmlaw.com
Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on October 14, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notice of this filing to all counsel of record using that system for this case.

/s/ Tai J. Vokins
Tai J. Vokins, #23707